No. 648. HOLBROOK *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *A. C. Wheeler* for petitioner. *Solici-*

tor General *Sobeloff,* Assistant Attorney General *Holland,* *Ellis N. Slack, John H. Mitchell* and *Joseph M. Howard* for the United States.

